**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00404-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD JASON SKINNER,
2. GREGORY DARIUS DIXON
    a/k/a "Greedy,"
3. RICHARD LEE CLARK,
4. SANTIAGO MENA-FLORES
    a/k/a "Chago,"
5. BENITO GARCIA, and
6. KENNETH FRANKLIN FUQUA,

    Defendants.

## MINUTE ORDER[1]

    The Request for Leave to File Motion to Vacate Status Hearing Out of Time [#57], filed January 13, 2006, is DENIED.

Dated: January 13, 2006

-----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.