**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00404-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  GREGORY DARIUS DIXON,
4.  SANTIAGO MENA-FLORES,
5.  BENITO GARCIA, and
6.  KENNETH FRANKLIN FUQUA,

    Defendants.[1]

## SCHEDULING ORDER

**Blackburn, Judge**

The matter is before me for the entry of orders concerning matters now moot or ripe and formulation and entry of a scheduling order, which addresses the filing, marshaling, and hearing of pretrial motions, proffers, responses, and objections and trial preparation conference and trial settings. I have conferred with counsel and have entered certain orders from the bench. This order is entered to reiterate, expatiate, and supplement those orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Request for Leave To Enter Appearance And Substitute** [#49]

---

[1] Defendants, Donald Jason Skinner and Richard Lee Clark, are not named and included in this case caption because they have entered into plea agreements with the government.

filed January 10, 2006, by Arthur S. Nieto, Esq., **IS GRANTED**;

    2. That Thomas Richard Ward, Esq., is discharged with the thanks of the court as attorney for Santiago Mena-Flores;

    3. That the **Trial Preparation Conference Order** [#17] entered September 21, 2005, **IS VACATED**;

    4. That the jury trial set to commence February 6, 2006, **IS VACATED**;

    5. That the **Joint 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) Motion To Exclude 45 Days From Speedy Trial Calculations And Request for Enlargement of Time To File and Respond to Defense Motions** [#44] filed January 5, 2006, **IS DENIED AS MOOT**; and

    6. That as soon as practicable counsel for the parties shall meet and confer and **SHALL FILE** by February 22, 2006, a proposed joint scheduling order, which shall address, *inter alia*, 1) a new deadline for filing pretrial motions and responses; and 2) the date and time[2] of a telephonic scheduling conference[3] at which timely filed pretrial motions may be set for hearing and at which the trial preparation conference and trial may be rescheduled.

    Dated in chambers January 30, 2006, to reiterate, expatiate, and supplement the orders issued from the bench in open court on January 30, 2006.

                                                      **BY THE COURT**

---

[2] Regardless of the date proposed by parties for the motions' hearing setting conference, it shall be conducted at 10:00 a.m. (MST).

[3] The personal participation of the defendants is excused and waived. The attorneys for the parties or their designee possessing setting and calendar authority must participate.

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**