**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00404-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  GREGORY DARIUS DIXON,
4.  SANTIAGO MENA-FLORES,
5.  BENITO GARCIA, and
6.  KENNETH FRANKLIN FUQUA,

      Defendants.[1]

---

## SCHEDULING ORDER

---

**Blackburn, Judge**

      The matter is before me again for the entry of orders concerning matters now

ripe and for the entry of an additional scheduling order, which addresses, *inter alia*, the

filing, marshaling, and hearing of pretrial motions, proffers, responses, and objections

and trial preparation conference and trial settings. I have reviewed and considered the

parties' **Case Status Report And Proposed Scheduling Order** [#98] filed February

22, 2006.[2] Generally, the status report and proposed scheduling order should be

approved. Specifically, the parties' request for a declaration of complexity under 18

---

[1] Defendants, Donald Jason Skinner and Richard Lee Clark, are not named and included in this case caption because they have entered pleas of guilty pursuant to plea agreements with the government and are awaiting sentencing.

[2] The status report and proposed scheduling order are presented pursuant to my **Scheduling Order** at 2, ¶ 6 [#86] entered January 30, 2006.

U.S.C. § 3161(h)(8)(A) and (B)(I), (ii), and (iv) should be granted for the reasons stated, arguments advanced, and authorities cited in the report.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Case Status Report And Proposed Scheduling Order** [#98] filed February 22, 2006, **IS APPROVED**;

2. That the parties' requests for a declaration of complexity under 18 U.S.C. § 3161(h)(8)(A) and (B)(I), (ii), and (iv) and for a concomitant continuance of 45 days **ARE GRANTED**;

3. That accordingly, defendants **SHALL HAVE** until **April 10, 2006**, to review discovery and prepare pretrial motions;

4. That pretrial motions **SHALL BE FILED** by **April 10, 2006**;

5. That responses to timely filed pretrial motions **SHALL BE FILED** by **May 1, 2006**; and

6. That the parties **SHALL CONTACT** the court's administrative assistant, Ms. Susan Schmitz, on **May 4, 2006**, at **10:00 a.m.**, to set any timely filed pretrial motions for hearing.

Dated March 1, 2006, at Denver, Colorado.

**BY THE COURT**
**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**