**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00404-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  GREGORY DARIUS DIXON,
4.  SANTIAGO MENA-FLORES, and
5.  BENITO GARCIA,

    Defendants.[1]

## REVISED SCHEDULING ORDER

**Blackburn, Judge**

The matter before me is the **Motion of Defendant Mena-Flores for Enlargement of Time To File Motions** [#111] filed March 24, 2006. The motion is unopposed. Motion at 2, ¶ 4. I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion of Defendant Mena-Flores for Enlargement of Time To File Motions** [#111] filed March 24, 2006, **IS GRANTED**;

2. That pretrial motions **SHALL BE FILED** by **April 24, 2006**;

3. That responses to timely filed pretrial motions **SHALL BE FILED** by **May 15, 2006**; and

---

[1] Defendants, Donald Jason Skinner, Richard Lee Clark, and Kenneth Franklin Fuqua, are not named and included in this case caption because they have entered pleas of guilty pursuant to plea agreements with the government and are awaiting sentencing.

      4. That the parties **SHALL CONTACT** the court's administrative assistant, Ms. Susan Schmitz, by telephone at (303) 33-2350 on **May 18, 2006**, at **10:00 a.m.**, to set any timely filed pretrial motions for hearing; and

      5. That the **Scheduling Order** [#99] entered March 1, 2006, **IS MODIFIED** accordingly.

      Dated March 30, 2006, at Denver, Colorado.

      **BY THE COURT:**

      s/ Robert E. Blackburn  
      **Robert E. Blackburn**  
      **United States District Judge**