**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00404-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  GREGORY DARIUS DIXON,
4.  SANTIAGO MENA-FLORES, and
5.  BENITO GARCIA,

    Defendants.[1]

---

## SECOND REVISED SCHEDULING ORDER

**Blackburn, Judge**

The matter before me is defendant Garcia's **Motion for Additional Enlargement of Time To File Motions And for Revision of Scheduling Order** [#116] filed April 18, 2006. The motion is unopposed by the government and joined ostensibly by defendants Dixon and Mena-Flores. Motion at 1. I grant the motion.

The evolving investigative circumstances of the parties warrants an additional thirty-day extension of the continuance I granted in declaring this case complex within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B)(i), (ii), and (iv) in my order [#99] entered March 1, 2006. This ends of justice served by this additional continuance outweigh the best interest of the public and the defendants in a speedy trial within the

---

[1] Defendants, Donald Jason Skinner, Richard Lee Clark, and Kenneth Franklin Fuqua, are not named and included in this case caption because they have entered pleas of guilty pursuant to plea agreements with the government and are awaiting sentencing.

meaning of 18 U.S.C. § 31619h)(8)(A).

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant Garcia's **Motion for Additional Enlargement of Time To File Motions And for Revision of Scheduling Order** [#116] filed April 18, 2006, **IS GRANTED**;

2. That pretrial motions **SHALL BE FILED** by **May 26, 2006**;

3. That responses to timely filed pretrial motions **SHALL BE FILED** by **June 16, 2006**; and

4. That the parties **SHALL CONTACT** the court's administrative assistant, Ms. Susan Schmitz, by telephone at (303) 335-2350 on **June 19, 2006**, at **10:00 a.m.**, to set any timely filed pretrial motions for hearing; and

5. That this scheduling order **SUPPLANTS AND SUPERSEDES** the **Revised Scheduling Order** [#113] entered March 30, 2006.

Dated April 19, 2006, at Denver, Colorado.

**BY THE COURT:**
**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**