**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00404-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  GREGORY DARIUS DIXON, a/k/a "Greedy,"
4.  SANTIAGO MENA-FLORES, a/k/a "Chago," and
5.  BENITO GARCIA,

    Defendants.

**ORDER**

**Blackburn, J.**

    THIS MATTER coming before the court on the petition of the government to order a writ of habeas corpus ad testificandum to the United States Marshal to produce the body of KENNETH FRANKLIN FUQUA, date of birth unknown, on the 22nd day of January, 2007, at 8:30 a.m., and from day to day thereafter, at the United States Courthouse, 901 19th Street, Denver, Colorado, to appear as a material witness in a cause before this court.

    IT IS HEREBY ORDERED that the government's petition is granted and that the writ attached to the government's petition shall issue forthwith from the Clerk of this Court.

    Dated January 8, 2007, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**