### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 05-cr-00404-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  GREGORY DARIUS DIXON,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matters before the court are 1) defendant's **Motion for Disclosure of Grand Jury Information** [#137], filed May 26, 2006; and 2) defendant's **Motion to Exclude Coerced Witness Statements** [#138], filed May 26, 2006.  The motions are **DENIED**, generally for the reasons stated, arguments advanced, and authorities cited by the government in the **Government's Consolidated Response to Defendant Dixon's Pretrial Motion To Exclude Coerced Witness Statements [Doc 138] And Motion for disclosure of Grand Jury Information [Doc 137]** [#212] filed October 18, 2007, which reasons, arguments, and authorities are approved, adopted, and incorporated.

    Dated:  January 22, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.